# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:92-CR-54-001

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| JOHN STEVEN ELLEDGE, | ) |
| | ) |
| **Defendant.** | ) |

**BEFORE THE COURT** is the United States' Petition for Remission of Fine. The Petition is **GRANTED** for the grounds stated therein. The $2,000 fine is remitted.

**SO ORDERED.**

Signed: November 20, 2015

Richard L. Voorhees
United States District Judge